IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NATIONSRENT, INC., *et al.*, | ) | Case No. 01-11628 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NR INVESTMENTS LLC'S STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Appellant, NR Investments LLC ("Appellant" or "NR Investments"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules") and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United State Bankruptcy Court for the District of Delaware (the "Local Rules"), by and through its undersigned counsel, hereby provides the (i) statement of the issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal from the Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix (the "Order"), entered by the United States Bankruptcy Court for the District of Delaware (Hon. Kevin Gross) (the "Bankruptcy Court") on January 9, 2008 (D.I. 3593) and the Memorandum Opinion on the Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix (the "Opinion"), entered by the Bankruptcy Court on January 9, 2008 (D.I. 3592).

I.     **STATEMENT OF ISSUES**

1.     Whether the Bankruptcy Court erred as a matter of law when it entered the Memorandum Opinion and Order on January 9, 2008, granting the Motion of Liquidating Trust

NY 71214446

for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving a Distribution Matrix?

      2. Whether the Bankruptcy Court erred as a matter of law in determining that the Settlement Agreements[1] "transformed the nature" of the Assigned Claims and created "new rights and obligations" against the Debtors such that they no longer constitute Purchase Money Indebtedness Claims?

      3. Whether the Bankruptcy Court erred as a matter of law in determining that the Settlement Agreements nullified the subordination rights between the holders of the Senior Notes and the Lenders and their successors, the Assignee Claimants?

      4. Whether the Bankruptcy Court erred as a matter of law in determining that the general unsecured claims granted to the Lenders in the Settlement Agreements had to be priority claims in order to constitute Purchase Money Indebtedness Claims?

      5. Whether the Bankruptcy Court erred as a matter of law in failing to expressly rule on the proper application of the subordination provisions of the Indenture and section 510 of the Bankruptcy Code as they apply to the Assigned Claims' seniority over the Senior Notes?

## II. DESIGNATION OF RECORD

NR Investments hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments, supplements and documents attached or annexed thereto and/or incorporated by reference therein:

| Item No. | Docket No. | Description of Pleading/Document |
|---|---|---|
| 1. | Claim No. 296 | New Holland Credit Company, LLC Proof of Claim, dated 2/21/2002 |

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to those terms in the Opinion.

2

| Item No | Docket No. | Description of Pleading/Document |
|---|---|---|
| 2. | Claim No. 297 | New Holland Credit Company, LLC Proof of Claim, dated 2/21/2002 |
| 3. | Claim No. 2892 | General Electric Capital Corporation Proof of Claim, filed 8/5/2002 |
| 4. | Claim No. 2851 | Deutsche Financial Services Corporation (GE-CDFC) Proof of Claim, filed 8/5/2002 |
| 5. | Claim No. 2796 | FINOVA Capital Corporation Proof of Claim, filed 8/2/2002 |
| 6. | 1383 | Stipulation and Order Concerning Debtors' Obligations to Case Credit Corporation and New Holland Credit Company LLC, filed 10/9/2002 |
| 7. | 1384 | Stipulation and Order Concerning Debtors' Obligations to New Holland Credit Company LLC, filed 10/9/2002 |
| 8. | 1501 | Order Approving Stipulation Concerning Debtors' Obligations To Case Credit Corporation And New Holland Credit Company LLC, entered 11/1/2002 |
| 9. | 1502 | Order Approving Stipulation Concerning Debtors' Obligations To New Holland Credit Company LLC, entered 11/1/2002 |
| 10. | 1814 | Order (A) Approving Proposed Disclosure Statement, (B) Establishing Procedures for Solicitation & Tabulation of Votes to Accept or Reject Proposed Joint Plan of Reorganization & (C) Scheduling a Hearing on Confirmation of Proposed Joint Plan of Reorganization & Approving Related Notice Procedures, entered 2/10/2003 |
| 11. | 1824 | First Amended Plan First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries Filed by NationsRent, Inc., filed 2/11/2003 |
| 12. | 1825 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries Filed by NationsRent, Inc., filed 2/11/2003 |
| 13. | 1851 | Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to Enter Into Master Inventory Financing, Security and Settlement Agreement With New Holland Credit Company, LLC and Case Credit Corporation, filed 2/19/2003 |
| 14. | 1924 | Order Authorizing The Debtors To Enter Into Master Inventory Financing, Security And Settlement Agreement With New Holland Credit Company, LLC And Case Credit Corporation, entered 3/17/2003 |
| 15. | 2116 | Notice of Revised Exhibits to the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/2/2003 |

NY 71214446

| Item No | Docket No | Description of Pleading/Document |
|---|---|---|
| 16. | 2121 | Affidavit of Kathleen M. Logan Certifying Voting on and Tabulation of Ballots Accepting and Rejecting the First Amended Joint Plan of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/6/2003 |
| 17. | 2122 | Debtors' Memorandum of Law (A) In Support of Confirmation of the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries; and (B) In Response to Objections Thereto, filed 5/6/2003 |
| 18. | 2123 | Modifications (Second) to First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/6/2003 |
| 19. | 2124 | Notice of Filing of Revised Exhibit IV.C.2 to the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/6/2003 |
| 20. | 2135 | The Official Committee of Unsecured Creditors' Statement in Support of Releases to the Lenders Pursuant to the First Amended Joint Plan of Reorganization of NationsRent, Inc. and its Debtor Subsidiaries, filed 5/9/2003 |
| 21. | 2137 | Affidavit of Kevin M. Golmont in Support of Confirmation of the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/12/2003 |
| 22. | 2138 | Affidavit of Joseph H. Izhakoff in Support of Confirmation of the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/12/2003 |
| 23. | 2139 | Notice of Filing of Amended Exhibits to the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/12/2003 |
| 24. | 2149 | Plan Supplement Modifications (Third) to First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, filed 5/13/2003 |
| 25. | 2151 | Order Confirming First Amended Joint Plan of Reorganization of NationsRent, Inc. & Its Debtor Subsidiaries, entered 5/14/2003 |
| 26. | 2177 | Motion to Authorize Debtors to Enter Into Master Inventory Financing, Security and Settlement Agreement with GE Commercial, filed 5/27/2003 |
| 27. | 2263 | Order Authorizing The Debtors To Enter Into Master Inventory Financing, Security And Settlement Agreement With GE Commercial Distribution Finance Corporation, entered 6/25/2003 |
| 28. | 2264 | Notice of Effective Date of the First Amended Joint Plan of Reorganization of NationsRent, Inc. and Its Debtor Subsidiaries, as Modified, filed 6/25/2003 |

NY 71214446

| Item No. | Docket No. | Description of Pleading/Document |
|---|---|---|
| 29. | 2198 | Motion to Authorize the Debtors to Enter Into Master Inventory Financing, Security and Settlement Agreement With General Electric Capital Corporation, filed 6/2/2003 |
| 30. | 2273 | Order Authorizing The Debtors To Enter Into Master Inventory Financing, Security And Settlement Agreement With General Electric Capital Corporation, entered 7/2/2003 |
| 31. | 2297 | Motion to Authorize the Debtors to Enter Into Master Equipment Financing, Security and Settlement Agreement with Finova Capital Corporation, filed 7/17/2003 |
| 32. | Claim No. 3513 | New Holland Credit Company, LLC Proof of Claim, dated 8/7/2003 |
| 33. | Claim No. 3532 | Amended New Holland Credit Company, LLC Proof of Claim, dated 8/7/2003 |
| 34. | 2343 | Order Authorizing the Debtors to Enter Into Master Equipment Financing, Security and Settlement Agreement with Finova Capital Corporation, entered 8/11/2003 |
| 35. | Claim No. 3518 | Amended General Electric Capital Corporation Proof of Claim, filed 8/12/2003 |
| 36. | 3555 | Motion to Approve Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving Distribution Matrix, filed 4/30/2007 |
| 37. | 3556 | Affidavit of Service (of Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving Distribution Matrix) Filed by NationsRent Unsecured Creditor's Liquidating Trust, filed Entered: 05/01/2007 |
| 38. | 3557 | Certificate of Service (of Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving Distribution Matrix) Filed by Logan & Company, Inc., filed 5/1/2007 |
| 39. | 3558 | Exhibit re. Notice of Supplement to Exhibit A to the Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving Distribution Matrix, filed 5/7/2007 |

NY 71214446

| Item No. | Docket No. | Description of Pleading/Document |
|---|---|---|
| 40. | 3567 | Objection to Motion of Liquidating Trust for an Order Approving Initial Distribution To General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving a Distribution Matrix Filed by Proofs of Claim Nos. 3518, 100002 and 100016, filed 8/23/2007 |
| 41. | 3575 | Reply of NationsRent Liquidating Trust to Objection on Behalf of Proofs of Claim Nos. 3518, 100002 and 100016 to Motion of Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the NationsRent Liquidating Trust Agreement and Approving a Distribution Matrix, filed 10/18/2007 |
| 42. | 3576 | Motion for Leave To File A Sur-Reply To The Reply Of Liquidating Trust In Support Of The Motion For An Order Approving Initial Distribution To General Unsecured Creditors Pursuant To The NationsRent Liquidating Trust Agreement And Approving A Distribution Matrix Filed by Proofs of Claim Nos. 3518, 100002 and 100016, filed 10/26/2007 |
| 43. | 3577 | Sur-Reply To Reply Of Liquidating Trust In Support Of The Motion For An Order Approving Initial Distribution To General Unsecured Creditors Pursuant To The NationsRent Liquidating Trust Agreement And Approving A Distribution Matrix, filed 10/26/2007 |
| 44. | 3580 | Notice of Service Re: Motion for Leave To File A Sur-Reply To The Reply Of Liquidating Trust In Support Of The Motion For An Order Approving Initial Distribution To General Unsecured Creditors Pursuant To The NationsRent Liquidating Trust Agreement And Approving A Distribution Matrix and Sur-Reply To The Reply Of Liquidating Trust In Support Of The Motion For An Order Approving Initial Distribution To General Unsecured Creditors Pursuant To The NationsRent Liquidating Trust Agreement And Approving A Distribution Matrix, filed 10/29/2007 |
| 45. | 3583 | Order Granting Motion for Leave to File Reply, entered 11/1/2007 |
| 46. | 3586 | Letter to Judge Gross re: November 1, 2007 Hearing Filed by Stroock & Stroock & Lavan LLP, filed 11/13/2007 |
| 47. | 3588 | Supplemental Pleading of Objectant for Inclusion of Additional Purchase Money Indebtedness Claims, filed 12/14/2007 |
| 48. | 3589 | Notice of Withdrawal Regarding Docket Item 3588, filed 12/14/2007 |
| 49. | 3590 | Supplemental Pleading of Objectant for Inclusion of Additional Purchase Money Indebtedness Claim, filed 12/14/2007 |

NY 71214446

| Item No | Docket No. | Description of Pleading Document |
|---|---|---|
| 50. | 3592 | [Memorandum] Opinion re Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix, entered 1/9/2008 |
| 51. | 3593 | Order [Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix], entered 1/9/2008 |
| 52. | 3595 | Notice of Appeal Filed by NR Investments LLC, filed 1/10/2008 |
| 53. | 3597 | Receipt of filing fee for Notice of Appeal, entered 1/11/2008 |
| 54. | 3598 | Transcript of Hearing held November 1, 2007, filed 1/18/2008 |

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
January 22, 2008

**MORRIS, NICHOLS, ARSHT & TUNNELL, LLP**

*/s/ Thomas F. Driscoll III*

Derek C. Abbott (No. 3376)
Thomas F. Driscoll III (No. 4703)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

**STROOCK & STROOCK & LAVAN LLP**
Kristopher M. Hansen, Esq.
Abby M. Beal, Esq.
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400

Counsel for NR Investments LLC

NY 71214446