IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   3

IN RE: NationsRent Inc et al

| | | |
|---|---|---|
| NR Investments LLC, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-76 |
| v. | ) | |
| | ) | |
| NationsRent Liquidating Trust, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 01-11628 |
| | | AP 08-02 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/09/08 was docketed in the District Court on 2/6/08:

> Order Granting with Modification the Motion of NationsRent
> Liquidating Trust for an Order Approving Initial Distribution
> to General Unsecured Creditors Pursuant to the Liquidating
> Trust Agreement Approving the Distribution Matrix

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                  Peter T. Dalleo
                                                  Clerk of Court

Date: 2/6/08
To:    U.S. Bankruptcy Court
          Counsel