# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Derek C. Abbott
302 351 9357
302 425 4664 Fax
dabbott@mnat.com

April 8, 2008

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street
4th Floor, Room 4209
Wilmington, DE 19801

Dear Judge Sleet:

  Re: <u>NR Investments LLC v. NationsRent Liquidating Trust, C.A. No. 08-76</u>

  Because the parties do not believe that the circumstances of the above-referenced appeal do not lend themselves to mediation, the undersigned counsel for the Appellant, NR Investments LLC hereby request that this court consider the following briefing schedule, as agreed to by the Appellee, the NationsRent Liquidating Trust. The proposed briefing schedule is as follows:

  April 16, 2008  Appellant initial brief
  May 12, 2008   Appellee initial brief
  May 22, 2008   Appellant reply brief

  The parties to the appeal respectfully request that the Court schedule a telephonic chambers conference in order to finalize this briefing schedule or, in the alternative, should the Court find the briefing schedule acceptable, the parties respectfully request that the Court enter a scheduling order, substantially in the form attached, containing the aforementioned dates.

  Thank you for your consideration of this matter.

              Respectfully submitted,

              Derek C. Abbott

DCA/arc
cc: Neil B. Glassman, Esquire

1494383
NY 71382352v1

Honorable Judge Sleet
April 8, 2008
Page 2

    Mary E. Augustine, Esquire
    Paul Kizel, Esquire
    Kris Hansen, Esquire
    Abby Beal, Esquire

NY 71382352v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: NationsRent, Inc. *et al.*

| | |
|---|---|
| NR Investments LLC,<br><br>    Appellants,<br><br>v.<br><br>NationsRent Liquidating Trust,<br><br>    Appellee. | Civil Action No. 08-76 (GMS)<br><br><br><br><br><br>Bankruptcy Case No. 01-11628<br>Bankruptcy Appeal No. 08-02 |

**ORDER ON BRIEFING SCHEDULE**

IT IS HEREBY ORDERED THAT:

 1. Appellant's initial brief shall be filed on or before April 16, 2008.

 2. Appellee's initial brief shall be filed on or before May 12, 2008.

 3. Appellant's reply brief shall be filed on or before May 22, 2008.

Dated: April __, 2008

                    The Honorable Gregory M. Sleet
                    Chief United States District Court Judge

2285504.1