IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: NationsRent, Inc. *et al.*

| | |
|---|---|
| NR Investments LLC,<br><br>    Appellants,<br><br>v.<br><br>NationsRent Liquidating Trust,<br><br>    Appellee. | Civil Action No. 08-76 (GMS)<br><br><br><br><br><br>Bankruptcy Case No. 01-11628<br>Bankruptcy Appeal No. 08-02 |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

I, Thomas F. Driscoll, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, move the admission *pro hac vice* of Kristopher M. Hansen, Esquire, of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982, to represent NR Investments LLC. The Admittee is admitted, practicing and in good standing in the Bar of the State of New York and the U.S. District Court for the Southern and Eastern Districts of New York.

Dated: April 8, 2008
   Wilmington, Delaware

                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                   _____
                   Derek C. Abbott (No. 3376)
                   Thomas F. Driscoll III (No. 4703)
                   1201 North Market Street
                   Wilmington, Delaware 19801
                   (302) 658-9200

2287184.1

2.	The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

---

/s/ Kristopher M. Hansen
Kristopher M. Hansen
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail: Khansen@stroock.com

3.	Motion granted.

Dated: April ___, 2008
Wilmington, Delaware

---

The honorable Gregory M. Sleet
Chief United States District Court Judge