IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*In re*: NationsRent, Inc. *et al.*

| | |
|---|---|
| NR Investments LLC,<br><br>　　　　　Appellants,<br><br>　　v.<br><br>NationsRent Liquidating Trust,<br><br>　　　　　Appellee. | Civil Action No. 08-76 (GMS)<br><br><br><br>Bankruptcy Case No. 01-11628<br>Bankruptcy Appeal No. 08-02 |

## SUPPLEMENTAL DESIGNATION
## OF RECORD ON APPEAL FILED BY NR INVESTMENTS LLC

Appellant, NR Investments LLC ("NR Investments"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United State Bankruptcy Court for the District of Delaware, by and through its undersigned counsel, hereby provides this supplemental designation of the items to be included in the record on appeal, in connection with its appeal from the Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix, entered by the United States Bankruptcy Court for the District of Delaware (Hon. Kevin Gross) on January 9, 2008 [Bankr. D.I. 3593] and the Memorandum Opinion on the Motion of NationsRent Liquidating Trust for an Order Approving Initial Distribution to General Unsecured Creditors Pursuant to the Liquidating Trust Agreement Approving the Distribution Matrix, entered by the Bankruptcy Court on January 9, 2008 [Bankr. D.I. 3592].

NY 71397052

NR Investments hereby submits this Supplemental Designation in addition to the designation of items to be included in the record on appeal filed on January 22, 2007 [Bankr. Docket No. 3599].

## SUPPLEMENTAL DESIGNATION OF RECORD

NR Investments hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments, supplements and documents attached or annexed thereto and/or incorporated by reference therein:

| Item No | Bankr. Docket No. | Description of Pleading/Document |
|---|---|---|
| 55. | 3565-21 | Promissory Note, dated December 14, 1998 |
| 56. | 3605 | Certification of Counsel Regarding Stipulation to Stay Order, filed 3/12/2008 |
| 57. | 3606 | Order Approving Stipulation to Stay Order, entered 3/13/2008 |
| 58. | 3609 | Order Modifying and Clarifying Memorandum Opinion and Order Each Dated January 9, 2008, entered 3/18/2008 |

*[Remainder of Page Intentionally Left Blank]*

NY 71397052

Dated: Wilmington, Delaware
April 16, 2008

        **MORRIS, NICHOLS, ARSHT & TUNNELL, LLP**

        */s/ Thomas F. Driscoll III*
        Derek C. Abbott (No. 3376)
        Thomas F. Driscoll III (No. 4703)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200

        -and-

        **STROOCK & STROOCK & LAVAN LLP**
        Kristopher M. Hansen, Esq.
        Abby M. Beal, Esq.
        180 Maiden Lane
        New York, New York 10038-4982
        (212) 806-5400

        Counsel for NR Investments LLC