# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

*In re*: NationsRent, Inc. *et al.*

| | |
|---|---|
| NR Investments LLC,<br><br>Appellants,<br><br>v.<br><br>NationsRent Liquidating Trust,<br><br>Appellee. | Civil Action No. 08-76 (GMS)<br><br>Bankruptcy Case No. 01-11628<br>Bankruptcy Appeal No. 08-02 |

## APPLICATION FOR ORAL ARGUMENT ON NR INVESTMENTS LLC'S APPEAL

Pursuant to Local Rule 7.1.4 of the United States District Court for the District of Delaware, Appellant NR Investments LLC, having today filed its Reply Brief, respectfully requests oral argument before this Court on its Appeal, filed on January 10, 2008.

Dated: May 22, 2008

NY 71480232

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Thomas F. Driscoll III_
Derek C. Abbott (No. 3376)
Thomas F. Driscoll III (No. 4703)
1201 North Market Street
Wilmington, Delaware 19801
(302) 658-9200

and

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen, Esq.
Sherry J. Millman, Esq.
Abigail M. Beal, Esq.
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400

Counsel for the Appellant

NY 71480232

## CERTIFICATE OF SERVICE

I, Thomas F. Driscoll III, certify that I am not less than 18 years of age, and that service of the foregoing **Application For Oral Argument On NR Investments LLC's Appeal** was caused to be made on May 22, 2008, in the manner indicated upon the entities identified below:

Date: May 22, 2008

Thomas F. Driscoll III (No. 4703)

**BY HAND DELIVERY**

Neil B. Glassman, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BYFIRST CLASS MAIL**

Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068

2340246.2