# STROOCK

July 25, 2008

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street
4th Floor, Room 4209
Wilmington, DE 19801

Re: <u>NR Investments LLC v. NationsRent Liquidating Trust, C.A. No. 08-76</u>

Your Honor:

We write on behalf of the Appellant, NR Investments LLC, in connection with the above-captioned matter. On May 22, 2008, briefing with respect to this appeal was complete, and Appellant filed its application for oral argument. To date, Appellant has not received a response from the Court regarding Appellant's request. At this time, Appellant respectfully requests that the Court schedule a telephonic pre-argument conference to set the procedure and timing for oral argument.

Thank you for your consideration of this matter.

Respectfully submitted,

Kristopher M. Hansen

cc: Neil B. Glassman
　　 Mary E. Augustine
　　 Paul Kizel
　　 Derek C. Abbott
　　 Abby Beal